**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-02788-KES                                    Date: March 24, 2026

Title:  Trumbull Insurance Company et al v. Thomas W. Barnes MD P.C.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

|  |  |
|---|---|
| Jazmin Dorado | Not Present |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**            **Order to Show Cause**

Plaintiffs filed this action on December 17, 2025.  (Dkt. 1.)  Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed.  Although that 90-day deadline expired on March 17, 2026, Plaintiffs have not filed any proof of service as of the date of this order.

IT IS THEREFORE ORDERED that, **on or before March 31, 2026**, Plaintiffs shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant.

Initials of Deputy Clerk JD